# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BERNARD STRONG,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV295 |
| | ) | |
| V. | ) | |
| | ) | |
| **SCHENK TRUCKING, INC., and** | ) | ORDER |
| **WILLIAM DECKER,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff's counsel has moved to quash the notice of deposition of Eugene Kling (filing 41), which is set to occur on May 11, 2012. Plaintiff's counsel represents that she has had an unexpected conflict arise. Specifically, Plaintiff's counsel was advised on May 8, 2012, that she must appear for an evidentiary hearing in a termination-of-parental rights case on May 11, 2012, in Gering, Nebraska.

For good cause shown, the court finds that Eugene Kling shall not be deposed on May 11, 2012, as currently noticed. The parties may reschedule Mr. Kling's deposition for a later date. Because Plaintiff's counsel does not expect the termination hearing to interfere with other depositions set to occur in this case on May 11, 2012, those depositions may proceed as planned.

**IT IS ORDERED:**

1. The Motion to Quash Notice of Deposition (filing 41) is granted.

2. Eugene Kling shall not be deposed on May 11, 2012, as currently scheduled. The parties may reschedule the deposition of Mr. Kling for a later date.

3. The other depositions set to occur in this case on May 11, 2012, may proceed as planned.

**DATED May 10, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**