IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BERNARD STRONG, | ) |
| Plaintiff, | ) Case No. 8:11CV295 |
| vs. | ) |
| SCHENCK TRUCKING, INC. And WILLIAM DECKER, | ) ORDER |
| Defendant. | ) |

Pursuant to an agreement reached by the parties during a settlement conference with the undersigned on December 7, 2012,

**IT IS ORDERED:**

1. On or before **January 7, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Joseph F. Bataillon, at bataillon@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for January 17, 2013, is cancelled upon the representation that this case is settled.

Dated: December 7, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge