IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BERNARD STRONG, | ) | CASE NO. 8:11-CV-00295 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| SCHENK TRUCKING, INC. and WILLIAM DECKER, | ) ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal with Prejudice, filing no. 68. The Court, being duly advised, finds that the case should be dismissed with prejudice.

IT IS ORDERED that this matter is dismissed with prejudice, each party to pay their own costs.

DATED this 22nd day of January, 2013.

BY THE COURT:

*s/ Joseph F. Bataillon*
U.S. District Court Judge


PREPARED AND SUBMITTED BY:

David C. Mullin, #21985
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
ATTORNEYS FOR DEFENDANTS